IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-21 (MTT) |
| | ) |
| DARRIOUS JORDAN HIGHTOWER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved the Court to continue this case to the next trial term.  Doc. 17.  The defendant was indicted on April 11, 2023, and had his arraignment in this Court on May 2, 2023.  Docs. 1; 12.  No prior continuances have been granted.  The parties now move the Court to continue this case to the next trial term to provide defense counsel additional time to review discovery, investigate the case, prepare for trial, or negotiate a possible resolution of the case.  Doc. 17 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 17) is **GRANTED**.  The case is continued from the June term until the Court's trial term presently scheduled for **September 11, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 12th day of May, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT